**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIE P. ANDREWS
ADC # 81980**                                                                                  **PLAINTIFFS**

**V.**                              **CASE NO. 5:08CV00149 JMM/BD**

**LARRY NORRIS,** *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #17) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this <u>2nd</u> day of <u>September</u>, 2008.

_____
UNITED STATES DISTRICT JUDGE